# United States District Court Violation Notice

**CVB Location Code:** MD81

**Violation Number:** 6123730
**Officer Name (Print):** Hornsby
**Officer No.:** H4023

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 1920 / 14 Jan 2017
**Offense Charged:** ☐ CFR ☐ USC ☐ State Code — 18 USC 13 MTA 21.004B
**Place of Offense:** Cooper adj. Reece
**Offense Description; Factual Basis for Charge:** Driver fail to stop at Flashing red traffic signal stop line
**HAZMAT:** ☐

### DEFENDANT INFORMATION
**Last Name:** Khan
**First Name:** Adeel
**M.I.:** A
**Street Address:** [REDACTED]

**Tag No.:** 2CP3013
**State:** MD
**Year:** 05
**Make/Model:** Toyota
**PASS:** ☐
**Color:** GRN

- A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. see INSTRUCTIONS (on back of yellow copy).
- B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 90   Forfeiture Amount
+ $30  Processing Fee
**PAY THIS AMOUNT →** $ 120.00 Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)
Court Address:
Date (mm/dd/yyyy):
Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

**X Defendant Signature:** [signature]

(Rev. 09/2015)   Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 14 January, 2017 while exercising my duties as a law enforcement officer in the Fort Meade District of Maryland.

At the listed time and date, I observed the aforementioned vehicle fail to stop at a Flashing red traffic signal stop line. I activated my emergency equipment and conducted a stop on said vehicle; The driver was identified by their drivers license.

The foregoing statement is based upon:
☒ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

**Executed on:** 01/14/2017   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

**Executed on:** _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN FEB 10, 2017 10:26